# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>    Defendant. | Case No: 09 CV 3704<br><br>**ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE AND ANSWER TO COMPLAINT** |

Pursuant to the parties' Stipulated Request for Order Changing Time of Case Management Conference and Answer to Complaint,

IT IS HEREBY ORDERED THAT:

1. The request to continue the Case Management Conference originally scheduled for November 18, 2009 is GRANTED. The Case Management Conference is CONTINUED to **February 10, 2010 at 2:30 p.m.** The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

2. The Court's scheduling order (Docket 2) is modified such that the parties shall: (1) file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference by January 21, 2010; (2) file their Rule 26(f) Report and Case Management Statement by February 3, 2010; and (3) serve their initial disclosures by February 3, 2010.

1 | 3. Plaintiff shall have until January 15, 2010 to file a stipulation (or motion if no stipulation if possible) to file a Second Amended Complaint.  In accordance with the parties' instant stipulation, Defendant, Pacific Gas & Electric Company ("PG&E") need not file an answer or response to the First Amended Complaint pending Plaintiff's anticipated request to file a Second Amended Complaint to join additional parties.  In the event Plaintiff fails to file a stipulation or motion to amend by January 15, 2010, PG&E shall respond to the First Amended Complaint by no later than February 4, 2010.

IT IS SO ORDERED.

Dated: November 5, 2009

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge