S. WAYNE ROSENBAUM CA Bar No. 182456
srosenbaum@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE: 619.234.6655
FACSIMILE: 619.234.3510

RUSSELL B. SELMAN IL Bar #6195396, *pro hoc vice*
rselman@foley.com
BRADLEY S. ROCHLEN IL Bar # 6244780, *pro hoc vice*
brochlen@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE: 312.832.4500
FACSIMILE: 312.832.4700

Attorneys for Defendant Pacific Gas & Electric Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ecological Rights Foundation<br>Plaintiff,<br>v.<br>Pacific Gas & Electric Company<br>Defendant. | Case No: CV-09-03704 SBA<br>**CERTIFICATE OF SERVICE**<br>Judge: Saundra B. Armstrong |

I hereby certify that on February 3, 2010, I served the following document:

DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FRCP RULE 26(A)(1).

upon the following counsel for Plaintiff via electronic mail and Federal Express:

Christopher A. Sproul
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
e-mail: csproul@enviroadvocates.com

William Verick
Klamath Environmental Law Center
424 First Street
Eureka, CA 95501
e-mail: wverick@igc.org

Dated: February 3, 2010

**FOLEY & LARDNER LLP**
S. WAYNE ROSENBAUM
RUSSELL B. SELMAN
BRADLEY S. ROCHLEN

By: /s/ Bradley S. Rochlen________
BRADLEY S. ROCHLEN
Attorneys for Defendant
Pacific Gas & Electric Company