Christopher Sproul (State Bar No. 126398)
Jodene Isaacs (State Bar No. 226895)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376, (510) 847-3467
Facsimile: (415) 358-5695
Email:  csproul@enviroadvocates.com
Email:  jisaacs@enviroadvocates.com


William Verick (State Bar No. 140972)
Klamath Environmental Law Center
Fredric Evenson (State Bar No. 198059)
Law Offices of Fredric Evenson
424 First Street
Eureka, California 95501
Telephone: (707) 268-8900
Facsimile: (707) 268-8901
Email: wverick@igc.org, ecorights@earthlink.net

Attorneys for Plaintiff
ECOLOGICAL RIGHTS FOUNDATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY.<br>Defendant. | Civil No. 4:09-CV-03704-SBA<br><br>STIPULATION AND [~~PROPOSED~~] ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT |

**STIPULATION**

WHEREAS, on September 13, 2009, Plaintiff Ecological Rights Foundation filed its First Amended Complaint for Declaratory Relief and Civil Penalties ("First Amended Complaint") asserting claims against Defendant Pacific Gas & Electric Company ("PG&E") under the Clean Water Act ("CWA"), CWA section 505(a)(1), 33 U.S.C. § 1365(a)(1), and the Resource Conservation and Recovery Act ("RCRA"), RCRA section 7002(a)(1)(B), 42 U.S.C. § 6972 (a)(1)(B);

WHEREAS, on January 10, 2010, Plaintiff served a supplemental Notice of Violations of Federal Law and Notice of Intent to Begin Citizen Enforcement Action ("Supplemental Notice Letter") on PG&E, Pacific Bell Telephone Company ("Pacbell"), the U.S. Environmental Protection Agency, relevant State agencies, and others, as required by the notice provisions of the CWA and RCRA.  *See* CWA section 505(b), 33 U.S.C. § 1365(b); RCRA section 7002(b)(2)(A), 42 U.S.C. 6972 (b)(2)(A);

WHEREAS, the Supplemental Notice Letter provided notice of Plaintiff's intent to assert claims against Pacbell under the CWA and RCRA after the expiration of the applicable 90-day waiting period;

WHEREAS, the 90-day waiting period has now expired;

WHEREAS, Plaintiff and PG&E have agreed that Plaintiff should be granted leave to file a Second Amended Complaint to add claims against Pacbell under the CWA and RCRA;

NOW, THEREFORE, the parties do hereby stipulate, by and through counsel, that:

1. Plaintiff should be granted leave to amend to file the Second Amended Complaint;

2. PG&E will not be obligated to file an Answer or otherwise plead to the First Amended Complaint;

3. PG&E's Answer or other responsive pleading to the Second Amended Complaint will be due on the date that Pacbell's Answer or other responsive pleading is due;

4. Pacbell's Answer or other responsive pleading to the Second Amended

1 | Complaint will be due in accordance with the schedule established by the Federal Rules of
2 | Civil Procedure.
3 |
4 | Dated:  May 28, 2010

               */s/ Bradley Rochlen*
               Bradley S. Rochlen
               Foley & Lardner LLP
               321 North Clark Street, Ste. 2800
               Chicago, IL 60654
               (312) 832.4906
               brochlen@foley.com
               ATTORNEYS FOR DEFENDANT
               PG&E


               *Christopher A. Sproul*
               _____
               Christopher Sproul
               Environmental Advocates
               5135 Anza Street
               San Francisco, CA 94121
               (415) 386-6709
               csproul@enviroadvocates.com
               ATTORNEYS FOR PLAINTIFF
               ECOLOGICAL RIGHTS
               FOUNDATION

**ORDER**

Plaintiff is granted leave to file the Second Amended Complaint, ~~will be deemed filed on the date it is lodged with the Court~~ which shall be filed within five days of the date this Order is filed. PG&E will not be obligated to file an Answer or otherwise plead to the First Amended Complaint. PG&E's Answer or other responsive pleading to the Second Amended Complaint will be due on the date that Pacific Bell Telephone Company's ("Pacbell") Answer or other responsive pleading is due. Pacbell's Answer or other responsive pleading to the Second Amended Complaint will be due in accordance with the schedule established by the Federal Rules of Civil Procedure.

The telephonic Case Management Conference currently scheduled for July 15, 2010 is CONTINUED to **September 15, 2010 at 3:00 p.m.** The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/21/10

SAUNDRA BROWN ARMSTRONG
United States District Judge