UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ECOLOGICAL RIGHTS FOUNDATION, | Case No: C 09-03704 SBA |
|---|---|
| Plaintiff, | **JUDGMENT** |
| vs. | |
| PACIFIC GAS AND ELECTRIC COMPANY and PACIFIC BELL TELEPHONE COMPANY, | |
| Defendants. | |

In accordance with the Court's Order Granting Defendants' Motions to Dismiss,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants.

IT IS SO ORDERED.

Dated: March 31, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge